RUPERTO VINCENTE *v.* COMMISSIONER OF
CORRECTION
(AC 20318)

Landau, Mihalakos and O'Connell, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The appeal is dismissed.

KEITH HIGHSMITH *v.* COMMISSIONER OF
CORRECTION
(AC 19766)

Landau, Mihalakos and O'Connell, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The appeal is dismissed.

SONDRA G. STOLLAK *v.* JAY STEVEN STOLLAK
(AC 20589)

Foti, Schaller and Flynn, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.